```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2748
```

**FILED**

SEP 09 2011


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yahoo! Inc., 701 First Ave, Sunnyvale, CA related to the following email accounts:<br><br>jgrivette@yahoo.com;<br>givenerthrottle@yahoo.com;<br>remyheng123@yahoo.com;<br>tammy3rdskyescrow@yahoo.com;<br>roxana_extremefunding@yahoo.com<br>chamorroassoc@yahoo.com; and<br>vazquez_haydee@yahoo.com; | Case No. 2:09-SW-0014 GGH<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

1. That the search warrant and supporting affidavit in the above-entitled matter be immediately unsealed.

Date: 9/9/  , 2011

_____
DALE A. DROZD
United States Magistrate Judge

3